2:24-cv-00003-JRS-MKK

2241 Motion Emergency    Date:

FILED
01/02/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Iziah Clark

vs.

T. Rule

I have been locked up since July 4th 2018 for Armed Bank Robbery and I have been earning time credits toward my release date due to the First Step Act. I have not been getting them applied toward my sentence at all. As of right now I have earned 365 days and counting. The Warden, T. Rule, has denied the earned days towards my sentence from the F.S.A. because I am not a low or minimum recidivism but the F.S.A does not state that you can not apply the Earned Time Credit days if you are not a low or minimum. It states, "If you are a low recidivism you can earn 15 days every 30 days and if you are a high or medium you can earn 10 days every 30 days." I am just asking for this E.T.C to be corrected because It says my Warden T. Rule, is saying he is not going to grant it because he says my crime is violent and according to the F.S.A it is not. Can the Warden T. Rule, go against the law?

x Iziah Clark #66851-060

The office of the clerk of U.S District Court
921 Ohio Street
Room 104
Terre Haute, IN 47807